UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BHOLA PAGE,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C19-1244-JLR-MAT

REPORT AND RECOMMENDATION

Petitioner, a native and citizen of India who is currently detained at the Northwest Detention Center in Tacoma, Washington, bring this 28 U.S.C. § 2241 immigration habeas action *pro se* to obtain release from immigration detention. On September 19, 2019, the Government moved to dismiss, arguing that petitioner is lawfully detained and not entitled to release under *Zadvydas v. Davis*, 533 U.S. 678 (2001), because he failed to meet his burden of showing "good reason" to believe there is no significant likelihood of removal in the reasonably foreseeable future.[1] (Dkt. 5.) The Government further argues that petitioner's removal is likely in the

---

[1] In *Zadvydas*, the Supreme Court held that a noncitizen who is subject to a final order of removal may be detained only for a period reasonably necessary to bring about his or her removal and may not be held "indefinitely." 533 U.S. at 701. The Supreme Court determined that it is "presumptively reasonable" for the U.S. Department of Homeland Security to detain a noncitizen for six months following entry of a final removal order while it works to remove the individual from the United States. *Id.* "After this 6-month period, once the [noncitizen] provides good

REPORT AND RECOMMENDATION - 1

reasonably foreseeable future, citing evidence that the Embassy of India has been reviewing his travel document request and on September 12, 2019, asked to interview petitioner in connection with his request for a travel document. (*See id.* at 4-5; Dkt. 6.)  In lieu of filing an opposition to the Government's motion to dismiss, petitioner filed a motion to withdraw his habeas petition, acknowledging the recent developments in the Government's attempts to obtain a travel document and stating that he will refile his case at a later date. (Dkt. 8 at 1.)

The Court recommends that petitioner's motion to withdraw be GRANTED, the Government's motion to dismiss be DENIED as moot, and this action be DISMISSED without prejudice.  The Government did not object to the motion to withdraw.  In addition, even if the Court considered the merits of the Government's the motion to dismiss and dismissed the action on that basis, petitioner would not be precluded from bringing another § 2241 action challenging his continued detention at a later date, as he apparently intends to do.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 22, 2019**.

---

reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing." *Id.*  If the Government fails to rebut the noncitizen's showing, the noncitizen is entitled to habeas relief. *Id.*

REPORT AND RECOMMENDATION - 2

1 | Dated this 30th day of October, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3